IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEVON LEWIS, individually and on behalf of all other similarly situated, | |
| Plaintiff, | Case No. 15 CV 7402 |
| v. | **Judge Virginia Kendall** |
| CARRIER ONE, INC., and IVAN SAMAROV, individually, | Magistrate Judge Cole |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Agreement between the parties, Devon Lewis and the Opt-In Plaintiffs Darko Ivanovski, Andre Quattlebaum, and Eric Haley, by and through their undersigned counsel, stipulate and agree to dismiss all claims against Defendants Carrier One, Inc. and Ivan Samarov, individually, with prejudice and without assessment of fees or costs.

Dated: October 4, 2016         Respectfully submitted,

/s/ Lorrie Peeters                          /s/ Sean F. Darke*
One of the attorneys for Plaintiffs         One of the attorneys for Defendants
DEVON LEWIS, DARKO IVANOVSKI, ANDRE         CARRIER ONE, INC. AND IVAN SAMAROV
QUATTLEBAUM, AND ERIC HALEY

Alejandro Caffarelli (ARDC #6239078)        Sean F. Darke
Lorrie Peeters (ARDC #6290434)              WESSELS SHERMAN, P.C.
**CAFFARELLI & ASSOCIATES, LTD.**           140 S. Dearborn Street, Ste. 404
224 South Michigan Avenue, Ste. 300         Chicago, Illinois 60603
Chicago, Illinois 60604                     Telephone: (312) 629-9300
Telephone: (312) 763-6880

- With permission

## **CERTIFICATE OF SERVICE**

       The undersigned, an attorney, certifies that she served a copy of the attached document, ***Joint Stipulation of Dismissal with Prejudice***, to the parties listed below by electronically filing the same with the Clerk of the U.S. District Court of the Northern District of Illinois on October 4, 2016:

Sean F. Darke, Esq.
WESSELS SHERMAN, P.C.
140 S. Dearborn Street, Ste. 404
Chicago, Illinois 60603
(312) 629-9300 (Telephone)
(312) 629-9301 (Facsimile)
*Counsel for Carrier One & Defendant Samarov*

                                                  /s/ Lorrie T. Peeters
                                                  One of the attorneys for Plaintiffs
                                                  D<small>EVON</small> L<small>EWIS</small>, D<small>ARKO</small> I<small>VANOVSKI</small>,
                                                  A<small>NDRE</small> Q<small>UATTLEBAUM</small>, <small>AND</small>
                                                  E<small>RIC</small> H<small>ALEYS</small>